12 cv 39

## <u>Verdict Sheet</u>

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 1 6 2014 ★

BROOKLYN OFFICE

<u>Kevin Jarman v. City of New York and Samuel Morales</u>

12 CV 0039 (JG)

1. Has the plaintiff proved by a preponderance of the evidence that he was subjected to excessive force?

    Yes __X__        No _____

    **Note: If you answered "No" to question 1, please sign the verdict sheet and inform the Court that you have reached a verdict.**

    **If you answered "Yes" to question 1, please proceed to question 2.**

2. What compensatory damages, if any, has the plaintiff proven by a preponderance of the evidence?

    $ _480,000_

3. Do you find that the plaintiff is entitled to punitive damages?

    Yes __X__    No _____

    If yes, in what amount? $ _30,000_

Dated: Brooklyn, New York
    July _16_, 2014

_[signature]_
Foreperson

JURY NOTE
# 3
7/16/2014
Verdict Sheet