# UNITED STATES DISTRICT COURT
for the
EASTERN District of NEW YORK (BROOKLYN)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 16 2014 ★
BROOKLYN OFFICE

| | |
|---|---|
| KEVIN JARMAN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   12-CV-39(JG) |
| CITY OF NEW YORK et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____

This action was *(check one)*:

✔ tried by a jury with Judge   **JOHN GLEESON, U.S.D.J.**   presiding, and the jury has rendered a verdict.  The verdict was   FOR THE PLAINTIFF   .

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   Jul 16, 2014

*CLERK OF COURT*
***Douglas C. Palmer***

_____
*Signature of Clerk or Deputy Clerk*