





ANTHONY OFODILE
ATTORNEY AT LAW
498 ATLANTIC AVE. PH. 718-852-8300
BROOKLYN, NY 11217

No. 2658
1-81/210

Date 7/14/2014

Pay to the order of: Roy Den Hollander
Eight hundred — $800.00

citibank
CITIBANK, N.A. BR. #51
181 MONTAGUE STREET
BROOKLYN, NY 11201

Memo: Toringa v NYC Total $2,000 — Victory Express Fee

SAVE MOR DIGITAL PRINTING

25 Flatbush Avenue • Brooklyn, New York 11217
(718) 624•6136 Fax (718) 643•0384

- ☐ Premium Copies
- ☐ Xerox Copies
- ☐ Color Copies
- ☐ Typesetting
- ☐ Special Instructions
- ☐ Offset Printing
- ☐ Faxing

Balance $29.37

| | | | |
|---|---|---|---|
| | 3 each same | | |
| | size 4/0 | | |
| | Gloss cover | 24.99 | |
| | Picture w/sticker | | |
| | make 1 extra | | |
| | 11 X 17 Gloss | | |
| | cover | 1.99 | |
| | | 26.98 | |
| | +tax | $29.37 | |

Date Received: 7/11/14 Day Promised: 7/14/14
Name: Anthony Received By: JP
Address: Ofodile Tel: 718 8 2 8300

# Eagle Reporting

Eagle Reporting
1343 Boston Avenue
Bay Shore, NY 11706
(516)480-5534
dottie3star@aol.com

## Invoice

| Date | Invoice No. |
|---|---|
| 09/11/2013 | 1047 |("| Terms | Due Date |
| Net 30 | 10/11/2013 |

**Bill To**

OFODILE & ASSOICATES
498 ATLANTIC AVENUE
BROOKLYN, NY 11217

| Amount Due | Enclosed |
|---|---|
| $438.10 | |

✂ Please detach top portion and return with your payment. ✂

| Activity | Amount |
|---|---|
| • Depo of Sergeant Samuel Morales via Skype<br>Case: Jarman -v-v The City of New York<br>• 4.10 x 91 pages<br>• Appearance<br>• shipping and handling | 373.10<br>50.00<br>15.00 |
| Total | $438.10 |